United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 24, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-11371
Summary Calendar

STEPHEN WAYNE NORWOOD,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:06-CV-119
--------------------

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Stephen Wayne Norwood, Texas prisoner # 601001, appeals from the district court's dismissal of his 28 U.S.C. § 2241 petition as duplicative of a 28 U.S.C. § 2254 application. Norwood challenges his transfer from federal prison to state prison, contending that the state parole revocation procedure is defective.

Norwood contended in both actions that he should not be transferred back to the Texas prison system because of deficiencies in his parole revocation proceedings there.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Norwood's § 2241 petition relied on the same series of events and operative facts as his § 2254 application.  The district court did not err by dismissing the § 2241 petition as duplicative.  See Pittman v. Moore, 980 F.2d 994, 994-95 (5th Cir. 1993).

AFFIRMED.